IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00513-AP

JAMES RIOS,

Plaintiff-Appellant,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

Defendant-Appellee.
_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

## 1. APPEARANCES OF COUNSEL AND PRO SE PARTIES

For Plaintiff:

Robert K. Gruber, #9413
3500 South Wadsworth Blvd., Suite 215
Lakewood, Colorado 80235-2382
Telephone (303) 986-6400
FAX (303) 986-6800
E-mail: bobgruber@earthlink.net
Attorney for Plaintiff-Appellant
James Rios

For Defendant:

JOHN F. WALSH
United States Attorney

KEVIN TRASKOS
Chief, Civil Division
Assistant United States Attorney
District of Colorado

WILLIAM G. PHARO
Assistant United States Attorney
District of Colorado

Stephanie Lynn F. Kiley
Special Assistant United States Attorney
Assistant Regional Counsel, SSA
1001 17th Street
Denver, Colorado 80202
(303) 844-0815
Stephanie.kiley@ssa.gov

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

| | |
|---|---|
| **A. Date Complaint Was Filed:** | March 2, 2011 |
| **B. Date Complaint Was Served on U.S. Attorney's Office:** | March 8, 2011 |
| **C. Date Answer and Administrative Record Were Filed:** | May 2, 2011 |

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The Administrative Records appears to be complete and accurate.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

There are no unusual claims or defenses in this case.

**7. OTHER MATTERS**

There are no other matters.

**8. BRIEFING SCHEDULE**

| | |
|---|---|
| **A. Plaintiffs Opening Brief Due:** | July 5, 2011 |
| **B. Defendant's Response Brief Due:** | August 4, 2011 |
| **C. Plaintiffs Reply Brief (If Any) Due:** | August 19, 2011 |

## 9. STATEMENTS REGARDING ORAL ARGUMENT

### A. Plaintiffs Statement:

Plaintiff does not request oral argument.

### B. Defendant's Statement:

Defendant does not request oral argument

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

A.   (**X**)  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

B.   ()  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

## 11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 23rd day of May, 2011.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

| For Plaintiff: | For Defendant: |
|---|---|

s/ Robert K. Gruber
Robert K. Gruber
3500 South Wadsworth Blvd., Suite 215
Lakewood, Colorado 80235-2382
Telephone (303) 986-6400
FAX (303) 986-6800
E-mail: bobgruber@earthlink.net
Attorney for Plaintiff-Appellant

JOHN F. WALSH
United States Attorney

KEVIN TRASKOS
Chief, Civil Division
Assistant United States Attorney
District of Colorado

WILLIAM G. PHARO
Assistant United States Attorney
District of Colorado

s/ Stephanie Lynn F. Kiley
Stephanie Lynn F. Kiley
Special Assistant U.S. Attorney
Assistant Regional Counsel, SSA
1001 17th Street
Denver, Colorado 80202
(303) 844-0815
e-mail stephanie.kiley@ssa.gov

Attorneys for Defendant.